IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NFIP, LLC, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| v. | No. 2:21-cv-01300-MSG |
| **NIFTY FIFTYS also T/A NIFTY FIFTYS SODA FOUNTAIN, *ET AL*.,** | |
| **Defendants.** | |

## ORDER

**AND NOW**, this 12th day of August, 2021, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 16), Plaintiffs' Response (Doc. No. 17), and Defendants' Reply (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **DISMISSED** for lack of personal jurisdiction. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**